1
2
3
4
5           FILED
     CLERK, U.S.D.C. SOUTHERN DIVISION
6
             JAN - 4 2011
7
     CENTRAL DISTRICT OF CALIFORNIA
8                              BY        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: SACR 05-199-CJC |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Schardt, Robert Anthony ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Cp CA___,
for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _current background/cmty ties unknown due to refusal to interview; bail resources unknown; ongoing substance abuse problem; conduct in not_

1    complying with supervision conditions prg

2

3    and/or

4 B.    [X] The defendant has not met his/her burden of establishing by clear and

5      convincing evidence that he/she is not likely to pose a danger to the safety of any

6      other person or the community if released under 18 U.S.C. § 3142(b) or (c). This

7      finding is based on   criminal history record; substance

8    abuse history;

13    IT THEREFORE IS ORDERED that the defendant be detained pending further

14 revocation proceedings.

16 DATED: 1/4/11

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE